Albert Pete Veenstra,III,
ISCC-S-13-C
Pob 70010
Boise, Id 83707

    Plaintiff Pro se

U.S. COURTS

DEC - 4 2015

Rcvd_____Filed_____Time_____
ELIZABETH A. SMITH
CLERK, DISTRICT OF IDAHO

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

*******

| | |
|---|---|
| VEENSTRA, et,al., ) | Case No. 1:15-cv-0270-EJL |
|     Plaintiffs, ) | |
| v. ) | SUPPLEMENTAL PRISONERS CIVIL |
| IDAHO STATE BOARD OF ) | RIGHTS COMPLAINT 42 U.S.C. |
| CORRECTIONS, et,al., ) | 42 §1983 |
|     Defendants. ) | |

*******

JURISDICTION

1.     The United States District Court for the District of Idaho has jurisdiction over Plaintiffs Claims under: 42 U.S.C. § 1983; Plaintiff also request the federal court to exercise supplemental jurisdiction over any state law claims under: 28 U.S.C. § 1367.

Parties

2.     Plaintiff Albert Pete Veenstra,III, was housed at the ISCI from 01/25/2011, until 11/18/2014.

3.     Plaintiff was appointed by this Court to be a "Balla" class representative in August 2012.

4.     Plaintiff was removed unopposed as a Balla class rep. around 12/2014.

SUPPLEMENTAL PRISONERS CIVIL RIGHTS COMPLAINT     Page 1

5. Being a representative to the "Balla" class, Plaintiff was given a " Balla Class Member Authorization to Discuss Personal Health Information" form (Balla Form) as a type of an Administrative remedy.

## Balla Class Member Authorization to Discuss Personal Health Information

| Offender Name | IDOC No. |
|---|---|
|  |  |

| I have submitted a Health Services Request, Concern and/or Grievance concerning the medical issues identified below. | ☐ Yes | ☐ No |
|---|---|---|

Brief Description of Medical Issue



IDOC Response



I hereby give permission for Offender _____, Balla Class Representative, to discuss my above-described medical problem with employees of the Idaho Department of Correction and its contract medical provider; and for employees of the Idaho Department of Correction and its contract medical provider to discuss my above-described medical problem with the Balla Class Representatives. I understand that this form is not a substitute for a Health Services Request form, concern form or grievance form. In order to see a medical professional I must submit a Health Services Request form. I am also still required to follow the concern/grievance process if I want to grieve this issue. I further authorize a copy of this form to be provided to Balla Class Counsel.

Offender signature:_____ Date:_____

Original copy to IDOC - Yellow copy to Balla Representative - Pink to Plaintiff's counsel - Goldenrod copy to offender

6. On 09/22/15, Plaintiff sent IDOC Health Services Director Rona Seigert a concern form stating: "At ISCI, the Idaho State Board of Correction, has created a administrative remedy, which is a form titled "Balla Class Member Authorization to Discuss Personal Health Information". Which a prisoner can utilize to solve a medical problem before he is forced to file a lawsuit. Q. What is my administrative remedy here at ISCC that is the equivalent to the above titled form? that I can use before I'm forced to file a lawsuit. I don't feel that myself and all those similarly situated, including women, are being "Equally Protected by the ISBC and IDOC."

SUPPLEMENTAL PRISONERS CIVIL RIGHTS COMPLAINT          Page 2

7. On 09/25/15, Rona Siegert replied: "The Balla form has nothing to do with administrative remedy. All offenders need to utilize the IDOC Concern Form & Grievance".

8. Plaintiff grieved Siegert's response, and has exhausted all admin. remedies, grievance #150001219.

9. Plaintiffs specific Claim to the above issue is: Denial of Due Process & Equal Protection a violation of the 6th. & 14th. Amendments of the U.S.C. By the ISBC for failing to provide to all those similarly situated a type of administrative remedy that is equivalent to the Balla form, to solve medical issues before prisoners utilize the IDOC Concern Form & Grievance system.

10. Plaintiff has had to take Prilosec, for several years. Medical has provided Prilosec as a KOP.(Keep On Possession).

11. On 09/22/15, Plaintiff submitted HSR # 782049 requesting to have his KOP's refilled. On 09/24/15, plaintiff received a response from medical stating: "You have no current order, need to be seen by a provider.

12. On 09/24/15, plaintiff submitted HSR # 782062 stating: Need renewed or seen by a provider to get renewed.

13. On 10/06/15, Plaintiff requested a single dose at 7:30AM pill call, plaintiff was denied by S. Gillette, she stated it had expired on 10/05/15, and the provider needed to see me.

14. On 10/11/15, plaintiff received a response to HSR # 782062, stating: You need to see a provider to renew your Prilosec.

15. On 10/14/15, Plaintiff sent medical a concern form stating: At ISCI medical is required to see an inmate within 14 days after an inmate submits an HSR pursuant to Balla V. ISBC. I submitted an HSR 21 days ago and have not been seen. HSR's #782049 & 782062. My Question: Does that policy apply here at ISCC?

16. On 10/20/15, plaintiff submitted a 3rd. HSR# 800203 requesting to get KOP"s refilled, and to see a provider.

17. Plaintiff received no response to the 10/14/15 concern form sent to medical (Re:#15) and filed a grievance on 10/22/15.

18. On 10/26/15, Plaintiff seen a Provider and his KOP's were renewed after 35 days from his first HSR #782049.

SUPPLEMENTAL PRISONERS CIVIL RIGHTS COMPLAINT    Page 3

19. Plaintiff received a response from Grievance Coordinator Krysten Hallum, in Re: to the grievance filed on 10/22/15 (see #17) she stated: This issue was previously grieved under grievance #1500-01219, and did not process it.

20. Plaintiffs Specific Claim for the above issue is: Denial of Due Process & Equal Protection a violation of the 6th. & 14th. Amendments of the U.S.C. By the ISBC for failing to apply the same policies at all Idaho State Prisons that the ISBC have been Court Ordered to put into place under Balla v. ISBC, CV-81-1165-BLW.

21. Plaintiff has exhausted all administrative remedies grievance #IC-150001219.

### Introduction To Defendants

In Plaintiffs Initial Complaint Plaintiffs named the ISBC and its sitting members Debbie Field, David McClusky, and Cindy Wilson. The Court concluded that:

Plaintiff's allegations do not support a plausible inference that Defendants Field, McClusky, and Wilson, all members of the ISBC, have direct responsibility with respect to allowing prisoners to view their medical records at Idaho prisons other than ISCI.... Plaintiffs' vague statement that these defendants "were given actual construction knowledge, but failed to protect plaintiffs [sic] rights" is insufficient to establish that these three individuals are appropriate defendants for Plaintiffs' injunction relief claims. (Dkt.15 at 4.)

Plaintiffs objected claiming that their statement was not "vague" and that it was supported by an affidavit, and that the ISBC's Attorney responded to the Affidavit.

Plaintiff again names the ISBC and its members Field, McClusky, and Wilson and also name Robin Sandy, and J.R. Vantassel Jr. sitting Board Members at the time of the creation of the Balla Form.

If again the Court concludes that these "are not appropriate

defendants for Plaintiffs Injunction Relief Claims", plaintiff request that the Court inform the Plaintiff exactly who was responsible for creating the Balla Form, so that plaintiff can name that party as a defendant.

Plaintiff maintains that the ISBC and its sitting members past or present are the appropriate parties to name as defendants, and that it would be legally impermissible for a lower level IDOC Administrative Personal Staff member to create any type of form for the ISBC without the ISBC consent. The Case is titled Balla v. ISBC, CV-81-1165-BLW.

The party that created the Balla form as a type of administrative remedy, that can be utilized <u>before</u> the concern form and grievance system to solve medical issue, and has only allowed this administrative remedy at ISCI, is the party that is responsible for denying Equal Protection and Due Process for all those similarly situated under the care, custody and control of the ISBC & IDOC.

This Court has the inherent power and authority to redress these issues of denial of Due Process & Equal Protection.

### Defendants

22. Defendants Debbie Field, David McClusky, and Cindy Wilson are all Members of the ISBC and being sued in their Official Capacities. All were Members of the ISBC at the time of the alleged Constitutional Violations. The Idaho State Board of Correction was Appointed by the Governor. Title 20, Chapter 2, Idaho Code. "To administer the State Penitentiary; to appoint a State board of Pardons; and to supervise all persons on probation or parole."

23. Defendants Robin Sandy and J.R. Vantassel Jr. were sitting members of the ISBC at the time of the creation of the Balla Form along with present sitting member David McClusky. All are being sued in their Official Capicities.

24. Defendants Field, McClusky, & Wilson were given Actual Constructive Knowledge & Notice of the alleged violation. See below.



To: Idaho State Board of Correction (ISBC)
    1299 N. Orchard
    POB 83720-0018
    Boise, Id 83720-0018
    Attn. Debbie Field, David McClusky, and Cindy Wilson

From: Albert Pete Veenstra, III, # 21864
    ISCC-S-13-C
    POB 70010
    Boise, Id 83707

Date: 11/03/2015

Re: ISBC and IDOC Policy Regarding Medical Administrative Remedies.

Members of the Board

    I am writing this Declaration/Letter to inform the ISBC, that at the Idaho State Correctional Institution (ISCI), the ISBC by and through their Attorney Mark Kubinski, has created a type of administrative remedy titled "Balla Class Member Authorization to Discuss Personal Health Information" (Balla Form)

    The ISBC & IDOC has not made an available administrative remedy that is equivalent to the Balla Form in any other Idaho Prisons. This is a violation of the 6th.& ~~14th. Amend. of the U.S.C. under the due~~ Process and Equal Protection Clause.

    The ISBC was appointed by the Governor. Title 20, Chapter 2, Idaho Code. "To administer the State Penitentiary; to appoint a state board of pardons; and to supervise all persons on probation and parole.

    The ISBC has administered by and through their Attorney, the Balla form as a type of administrative remedy at ISCI, due in part to Balla v. ISBC, CV-81-1165-BLW. But has failed to administer this type of Administrative Remedy at any other Idaho State Prisons, thus denying Equal Protection and Due Process to all Prisoners under the care, custody, and control of the ISBC and the IDOC.

    The ISBC was appointed by the Governor to administer to all Idaho State Prisons, not just to the ISCI.

    I am giving the ISBC, Actual Constructive Knowledge and Notice of this violation of the 6th.& 14th. Amend. of the U.S.C. with the hope that the Board will correct this violation soon.

## Balla Class Member Authorization to Discuss Personal Health Information

| Offender Name | IDOC No. |
|---|---|
| | |

| I have submitted a Health Services Request, Concern and/or Grievance concerning the medical issues identified below. | ☐ Yes | ☐ No |
|---|---|---|

**Brief Description of Medical Issue**



**IDOC Response**



I hereby give permission for Offender _____, Balla Class Representative, to discuss my above-described medical problem with employees of the Idaho Department of Correction and its contract medical provider; and for employees of the Idaho Department of Correction and its contract medical provider to discuss my above-described medical problem with the Balla Class Representatives. I understand that this form is not a substitute for a Health Services Request form, concern form or grievance form. In order to see a medical professional I must submit a Health Services Request form. I am also still required to follow the concern/grievance process if I want to grieve this issue. I further authorize a copy of this form to be provided to Balla Class Counsel.

Offender signature:_____ Date:_____

Original copy to IDOC - Yellow copy to Balla Representative - Pink to Plaintiff's counsel - Goldenrod copy to offender

---

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct, to the best of my knowledge, and that I mailed an original to the ISBC, to the address below.

ISBC
1299 N Orchard
POB 83720
Boise, Id 83720-0018

Dated this 6 day of November, 2015.

_____

Page 2 of 2

SUPPLEMENTAL PRISONERS CIVIL RIGHTS COMPLAINT    Page 7

**IDO DEPARTMENT OF CORRECTION**
**Offender Personal Funds Withdrawal Slip**

Date: 11-11-15    Voucher Number: **007123**
Balance Before Draw: _____    Facility/Housing Unit: ISCC- S-13-C

**Offender Trust Account Withdrawal Details**

| Key | Description | Qty | Per | Total Price | Key | Description | Qty | Per | Total Price |
|---|---|---|---|---|---|---|---|---|---|
| | Postage | 1 | | | | ISBC | | | |
| | ISBC | | | | | PoB 83720 | | | |
| | Constructive | | | | | Boise, ID. 83720-0018 | | | |
| | Notice + Knowledge | | | | | | | | |
| | Letter | | | | | | | | |

Please charge to my offender trust account the sum of $ .49

I authorized the amount charged to be paid to:
IDOC
(Payee)

(Street Address) Postage

(City, State, and Zip Code)

Albert Pete Veenstra    AV̄    (For the Purpose of) APV    21864
(Offender's Printed Name)    (Offender's Signature)    (Offender's Initials)    (IDOC Number)

The offender's trust account has been charged in the amount authorized.    9785
(Approving Official's Signature and Associate ID Number)

Pink copy (offender maintains).
Original and Yellow copy to approving official (after completing, yellow copy returned to offender).

---

25. At all relevant times herein, Defendants were employees of the State of Idaho, for purposes of 42 U.S.C. § 1983, and deprived Plaintiff of his Federal Rights as set forth.

Statement of Facts

26. All Plaintiffs facts are stated in the parties section of this complaint, that are going to be stated at this time.

Damages or Injuries

27. Denial of Due Process & Equal Protection.

Prayer for Relief

28. Plaintiffs request an Order declaring Defendants have acted in violation of the U.S.C.

29. Plaintiff request an Injunction compelling Defendants to administer to all Prisoners under the care, custody, and control of the ISBC & IDOC, "Balla" class member status, Due Process and Equal Protection, that are in compliance with the Balla Modified Compliance Plans, pertaining to Mental Health & Medical that prisoners are protected by at ISCI, pursuant to Balla v. ISBC, CV-81-1165-BLW. Providing equality for all Prisoners.

SUPPLEMENTAL PRISONERS CIVIL RIGHTS COMPLAINT    Page 8

30. Plaintiff request an Injunction compelling Defendants to create a type of an Administrative remedy that is equivalent to the Balla Form, for all those similarly situated, with a stipulation stating that all those similarly situated will get to utilize the equivalent form for the same amount of time that the prisoners were allowed to utilize the Balla Form at ISCI.

### Declaration Under Penalty of Perjury

Plaintiff declares under penalty of perjury:

That he is the Plaintiff in this action, and that I have read the Supplemental Complaint, and that the information contained in the Complaint is true and correct to the best of my knowledge. 28 U.S.C. § 1746; 18 U.S.C. § 1621; and that I deposited this Supplemental Complaint postage prepaid in the ISCC, legal mail box, for mailing and filing with the Clerk of this Court.

Executed at ISCC, this 2ⁿᵈ day of December, 2015.

                                                    Albert Pete Veenstra, III